# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00316-CV

### J. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-FM-12-006145, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

J.B. appeals from the trial court's order terminating his parental rights to his minor child, A.B.[1]  *See* Tex. Fam. Code § 161.001.  J.B.'s court-appointed attorney has filed a motion to withdraw and a brief concluding that the appeal is frivolous and without merit.  *See Anders v. California*, 386 U.S. 738, 744 (1967); *Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights).

Counsel certified to this Court that she provided J.B. with a copy of the *Anders* brief and motion to withdraw as counsel and informed him of his right to examine the appellate record

---

[1]  We refer to the father and his child by their initials only.  *See* Tex. Fam. Code § 109.002(d); Tex. R. App. P. 9.8.

and to file a pro se brief.  Counsel, however, incorrectly states in the letter to J.B. that his deadline to file a pro se brief, if desired, is 30 days following action by this Court on her motion to withdraw as counsel.  This statement is incorrect as to J.B.'s deadline to file a pro se brief.  If appellant wants to file a pro se brief, he must do so by August 11, 2014.

It is ordered on July 9, 2014.


Before Chief Justice Jones, Justices Rose and Goodwin